# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| LYLE PATRICK GIBBS,<br><br>　　　　Petitioner,<br><br>vs.<br><br>D.G. ADAMS, Warden,<br><br>　　　　Respondent. | Case No. CV 09-1287-JSL (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that a Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus without prejudice as successive.

///
///
///
///
///

1     IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
2 of this Order, the Magistrate Judge's Report and Recommendation, and the
3 Judgment herein on petitioner.

5 DATED: __June 19, 2009

7
8 _____
   J. SPENCER LETTS
9  Senior  United States District Judge

- 2 -