# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| LYLE PATRICK GIBBS, | Case No. CV 09-1287-JSL (JWJ) |
|           Petitioner, | JUDGMENT |
|    vs. | |
| D.G. ADAMS, Warden, | |
|          Respondent. | |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the instant Petition for Writ of Habeas Corpus is dismissed without prejudice as successive.

DATED: __June 19, 2009

_Spencer Letts_

_____

J. SPENCER LETTS
Senior  United States District Judge